AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

04MBD10274

FINANCIAL FEDERAL CREDIT INC

V.

LAPOINTE INTERNATIONAL CORP

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:   H-03-5716

I, _____MICHAEL N. MILBY_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ___5/24/04___, as it appears in the records of this court, and that

\*   no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

AUG 2 5 2004
Date

**MICHAEL N. MILBY**
Clerk

[signature]
(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

United States Courts
Southern District of Texas
ENTERED

MAY 2 4 2004

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC. | § § | |
| VS. | § § | C.A. NO. H-03-5716 |
| LAPOINTE INTERNATIONAL CORP. | § | |

### DEFAULT JUDGMENT

Defendant, LAPOINTE INTERNATIONAL CORP., having failed to answer the Complaint, though duly served with process by serving its attorney-in-fact and agent for service of process, First Federal Commercial Inc., on Tuesday, December 16, 2003, Defendant, LAPOINTE INTERNATIONAL CORP., failed to appear, but wholly made default;

It is therefore, ORDERED, ADJUDGED AND DECREED that this Court has jurisdiction over the Defendant, LAPOINTE INTERNATIONAL CORP., and venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

It is therefore, ORDERED, ADJUDGED and DECREED by this Court that Plaintiff, FINANCIAL FEDERAL CREDIT INC., have and recover of the Defendant, LAPOINTE INTERNATIONAL CORP., as follows:

1. Actual damages in the amount of $51,235.82;

2. Pre-judgment interest thereon at the contractual default rate of eighteen percent (18%) per annum from and after April 5, 2004, through April 9, 2004, in the amount of $128.09, plus any additional pre-judgment interest at $25.62 per day until entry of judgment;



7

3. Post-judgment interest thereon at the rate of __1.83__ % as provided by law from entry of judgment until paid;

4. All costs of court.

Signed this __21st__ day of __May__, 2004.

_____
The Honorable Ewing Werlein, Jr.
United States District Court Judge

APPROVED AS TO SUBSTANCE AND FORM:

TRUE COPY I CERTIFY
ATTEST: 8/25/04
MICHAEL N. MILBY, CLERK
By_____
                    Deputy Clerk

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
Blair A. Bruce, Associate Counsel
State Bar No: 00792376 / SDOT No. 19929
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
ATTORNEYS FOR PLAINTIFF